# United States District Court
Eastern District of Wisconsin

**JUDGMENT IN A CIVIL CASE**

**STARK TRADING AND
SHEPHERD INVESTMENTS
INTERNATIONAL, LTD.,**

        **Plaintiffs,**

        v.                            Case No. 05-C-1167

**FALCONBRIDGE LIMITED AND
BRASCAN CORPORATION,**

        **Defendants.**

[x]   **Decision by Court**. This action came for consideration before the Court. The issues have been heard and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that the defendants' motions to dismiss are **granted**. Counts I through VII are dismissed with prejudice.

      **IT IS FURTHER ORDERED AND ADJUDGED** that Counts VIII through X are dismissed without prejudice.

      Jon W. Sanfilippo, Clerk of Court
      EASTERN DISTRICT OF WISCONSIN

Date:   January 14, 2008         (By) Deputy Clerk, s/C. Quinn

      Approved this 14th day of January, 2008.

      s/AARON E. GOODSTEIN
      United States Magistrate Judge